UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

                                      Case No. 99-cr-80809-1
                                      Hon. Matthew F. Leitman

D1, STANLEY GRUNDY,

   Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO WAIVE RESTITUTION INTEREST (ECF No. 315)

On June 13, 2025, the Court held a hearing on Defendant Stanley Grundy's Motion to Waive Restitution Interest (ECF No. 315). For the reasons explained on the record during the hearing, the motion is **DENIED**.

   **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
Dated: June 13, 2025                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126